Richard K. Gustafson II, Bar # 193914
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rkg@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Catherine Goyette, | Case No. 8:10-cv-01065-MLG |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Regional Adjustment Bureau, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard K. Gustafson*
    Richard K. Gustafson II (Bar # 193914)
    233 S. Wacker Dr., Suite 5150
    Chicago, IL 60606
    Tel:  866-339-1156
    Fax: 312-822-1064
    Email:  rkg@legalhelpers.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Kenyon M. Young
Bragg & Kuluva
610 West Ash Street, Suite 1105
San Diego, California 92101

            */s/ Richard J. Meier*

NOTICE OF DISMISSAL
WITH PREJUDICE

2